UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SABR A. SALIK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:05-CV-1822-FRB |
| | ) |
| STATE OF MISSOURI, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, without prejudice, for failure to exhaust available state remedies.

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this 1st day of November, 2005.

_____
**UNITED STATES DISTRICT JUDGE**